IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDDIE CHARLES SPIVEY,

    Petitioner,                    No. CIV S-07-1080 FCD EFB P

    vs.

MIKE KNOWLES, Warden,

    Respondent.                 FINDINGS AND RECOMMENDATIONS

_____/

    Petitioner is a prisoner without counsel seeking a writ of habeas corpus. *See*, 28 U.S.C. § 2254. On June 29, 2007, the court gave petitioner 30 days either to pay the $5 filing fee or to submit an application for leave to proceed *in forma pauperis*. The court warned petitioner that failure to comply with that order would result in a recommendation that the action be dismissed.

    The 30-day period has expired and petitioner has not paid the filing fee, submitted a completed application to proceed *in forma pauperis* or otherwise responded to the court's order.

    Accordingly, it is hereby RECOMMENDED that this action be dismissed. *See* Local Rule 11-110.

    These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, any party may file written

1 objections with the court and serve a copy on all parties.  Such a document should be captioned
2 "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections
3 within the specified time may waive the right to appeal the District Court's order. *Turner v.*
4 *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
5 Dated:  October 25, 2007.

                              EDMUND F. BRENNAN
                              UNITED STATES MAGISTRATE JUDGE