IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDDIE CHARLES SPIVEY,

     Petitioner,                   No. CIV S-07-1080 FCD EFB P

    vs.

MIKE KNOWLES, Warden,

     Respondent.               ORDER

_____/

     Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. Petitioner has neither paid the filing fee nor filed an application for leave to proceed *in forma pauperis*. As explained below, petitioner must do one or the other within 30 days of the date this order is served, or the court will recommend that this action be dismissed without prejudice.

     Petitioner filed an application for habeas relief on June 6, 2007. On June 29, 2007, the court directed petitioner either to pay the $5 filing fee or to seek leave to proceed *in forma pauperis*. *See* 28 U.S.C. §§ 1914(a), 1915(a). The Clerk of the Court sent to plaintiff a form application for leave to proceed *in forma pauperis*. Petitioner failed to comply with the order. Thus, on October 26, 2007, the court recommended that this action be dismissed without prejudice for petitioner's failure to comply with an order of this court. *See* L.R. 11-110.

1

1  Petitioner filed objections, asserting that he did submit an application for leave to proceed *in
2  forma pauperis* to prison officials for mailing.  Accordingly, on December 27, 2007, the court
3  vacated the findings and recommendations and gave petitioner more time to submit the required
4  application.  On February 6, 2008, petitioner wrote a letter to the court purporting to send copies
5  of the documents he has given to prison officials for mailing to this court.  No documents were
6  attached to that letter.  The court will give petitioner one last chance to submit the required
7  application or to pay the filing fee.  However, if he is unable to comply on account of alleged
8  interference by prison authorities, he must submit a written explanation detailing to whom he
9  delivered his papers for mailing to the court and when he delivered them and generally what
10 information was included among those papers.

11         Accordingly, it is ORDERED that:

12         1. Within 20 days of the date this order is served, petitioner shall either pay the filing fee
13 or submit an application for leave to proceed *in forma pauperis*; or,

14         2. If he is unable to comply with this order, he must file a document explaining <u>with
15 specificity</u> to whom he has delivered his papers for mailing and when.  Failure to comply with
16 this order will result in a recommendation that this matter be dismissed without prejudice.

17 Dated: June 11, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE